NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6059
FAX: (702) 388-5087
Linda.j.mott@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OMAR MONTES-TERRAZAS,<br><br>　　　　Defendant. | Case No. 2:19-cr-012-RFB-NJK<br><br>**MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

The United States of America by NICHOLAS A. TRUTANICH, United States Attorney for the District of Nevada, and Linda Mott, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant OMAR MONTES-TERRAZAS.

DATED this 15th day of May, 2020.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*/s/ Linda Mott*
　　　　　　　　　　　　　　　　　　　LINDA MOTT
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR MONTES-TERRAZAS,<br><br>Defendant. | Case No. 2:19-cr-012-RFB-NJK<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

Pursuant ant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant OMAR MONTES-TERRAZAS, contained in the Indictment in case number 2:19-cr-012-RFB-NJK.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Linda Mott*
LINDA MOTT
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant OMAR MONTES-TERRAZAS, contained in the Indictment in case number 2:19-cr-012-RFB-NJK.

DATED this __18th__ day of May, 2020.

_____
HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE